■ JOYCE TRAG, Appellant, v ROBERT W. FRANK, Respondent.

Based upon a review of the record, we conclude that the Family Court erred in dismissing the petition due to petitioner's failure to answer interrogatories within the time period provided for. The best interest of the children, which is of paramount concern in support proceedings, can only be served by permitting petitioner additional time within which to file her sworn answers. Titone, J. P., Thompson, O'Connor and Eiber, JJ., concur.

■ STELLA TORNABENE, Respondent, v LENA GLORIOSO, Appellant.

Upon examining all of the proof adduced at the trial, including the incredible testimony of plaintiff's son that he could not photograph the dangerous condition of the steps within hours after the accident because the condition, created by an extremely prolonged period of neglect, had been remedied within those few hours, we find that the verdict was contrary to the weight of the credible evidence (*see, Cohen v Hallmark Cards,* 45 NY2d 493; *Oleksik v Jones,* 41 AD2d 692). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.